BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Leading Life Senior Living, Inc.

Case No.:

Debtor(s)

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☒ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

11-18-2022
Date

_____
Signature of Debtor
Joseph V. Pegnia, Chief Restructuring Officer

81-5382930
_____
Debtor's Social Security *(last four digits only)* /Tax ID No.

```
A Place For Mom
P.O. Box 913241
Denver, CO 80291


A Place For Mom
999 3rd Ave
P.O. Box 913241
Seattle, WA 98104


ABC Home   Commercial Services
997 Grandys Ln
Lewisville, TX 75077


Able Medical
512 4th St
Gwinn, MI 49841


ActivityConnection.com LLC
818 SW 3rd Ave, Ste 222
Portland, OR 97204


Airco Services, Inc
P.O. Box 5710
Edmond, OK 73083


Allen Flores Consulting Group
1560 W Beebe Capps, Ste C-259
Searcy, AR 72143


Amazon
410 Terry Ave N
Seattle, WA 98109


American National Bank of Texas
P.O. Box 40
Terrell, TX 75160


Aqua Ventures LLC
10529 NW 19th
Oklahoma City, OK 73127
```

```
Aqualife Aquarium Systems, Inc
6551 E Waterloo Rd
Edmond, OK 73034


Armour   Shield Pest Control
5775 N Coltrane Rd
Oklahoma City, OK 73121


Arrow Senior Living Advisors
7100 N Classen Blvd, Ste 106
Oklahoma City, OK 73116


Ashley Herrera Boutique Photography
281161 E 1620 Rd
Marlow, OK 73055


Ashley Herrera Photography
281161 E 1620 Rd
Marlow, OK 73055


Batteries   Bulbs
1325 Walnut Ridge Dr
Hartland, WI 53029


Ben E Keith Co
601 E 7th St
Ft Worth, TX 76102


Brooks Grease Service, Inc
3104 N Erie Ave
Tulsa, OK 74115


Caring, LLC
P.O. Box 7689
San Francisco, CA 94120-7689


Chuck Whetstone, Musician
13176 Eastridge Dr
Oklahoma City, OK 73170
```

Church Mutual
P.O. Box 2912
Milwaukee, WI 53201-2912

City of Edmond Utility
7 N Broadway
Edmond, OK 73034

CK Power
P.O. Box 790379
St Louis, MO 63179

Col-Tech Appliance Repair Services
2001 S MacArthur Blvd, Apt 77
Oklahoma City, OK 73128

Compass Senior Living Solutions
4737 NW 133rd St
Oklahoma City, OK 73142

Complete Computer Services
3445 Poplar, Ste 10
Memphis, TN 38111

Concentra Occ Health SW PA
P.O. Box 75410
Oklahoma City, OK 73147

Convergint Technologies LLC
35257 Eagle Way
Chicago, IL 60678

COX Business
P.O. Box 650963
Dallas, TX 75265

Cox Oklahoma Telcom, LLC
dba Cox Business
11811 E 51st St
Tulsa, OK 74146

Craft Communication, LLC
4017 Tamworth Rd
Ft Worth, TX 76116


Curtis Hays
3241 N Portland
Oklahoma City, OK 73112


David A Smith Cpa LLC
1904 College Pkwy
Flower Mound, TX 75028


Direct Supply
7301 W Champions Way
Milwaukee, WI 53223


Direct Supply
P.O. Box 88201
Milwaukee, WI 53288


DirecTV
2230 E Imperial Hwy
El Segundo, CA 90245


Facilitec Southwest
P.O. Box 161699
Ft Worth, TX 76161


Ferguson Braswell Fraser Kubasta PC
Attn  Rachael L Smiley, Alex Campbell
Attn  Kevin Barnett
2500 Dallas Pkwy, Ste 600
Plano, TX 75093


Gary Parks
10905 Meadowlake Farms Dr
Oklahoma City, OK 73170


Gathan Graham Music, Inc
924 SW 139th St
Oklahoma City, OK 73170

George Escamilla
3114 Zion Rd
Garland, TX 75043


Health Resource   Service Administration
C/O Unitedhealth Group
P.O. Box 31376
Salt Lake City, UT 84131-0376


HealthCare Interactive, Inc
8800 W Hwy 7, Ste 331
Minneapolis, MN 55426


Heart Legacy LLC
9037 Independence Ave, Ste C
Daphne, AL 36526


HIS Paint MFG CO LLC
8808 S Western
Oklahoma City, OK 73139


Hi-Tech Plumbing   Leak Detect
3712 E 2nd St
Edmond, OK 73034


Home Depot
2455 Paces Ferry Rd SE
Atlanta, GA 30339


Home Depot Pro
P.O. Box 844727
Dallas, TX 75284


Imagine Senior Living LLC
Attn  James Denny
P.O. Box 2184
Frisco, TX 75034


Innovative Comfort Solutions
6524 SE 152nd St
Oklahoma City, OK 73165

```
Internal Revenue Service
Attn  Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Attn  Centralized Insolvency Operation
2970 Market St
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016


J M Family Management, LLC
c/o Registered Agents Inc
9905 S Pennsylvania Ave, Ste A
Oklahoma City, OK 73159


James Denny
P.O. Box 2184
Frisco, TX 75036


Jana Coon
C/O Hammons, Gowens, Hurst   Associates
Attn  Mark E Hammons
325 Dean A Mcgee Ave
Oklahoma City, OK 73102


Jasmine Estates OK Management
1904 College Pkwy
Flower Mound, TX 75028


J-Mar Flooring   Carpets Cleaning
5101 SW 36th St
Oklahoma City, OK 73179


JPT Graphics
212 W Irving Blvd
Irving, TX 75060


Keith   Associates, Inc
Attn  General Counsel
115 W 3rd St, Ste 800
Tulsa, OK 74103
```

```
Kirby Restaurant   Chemical Supply
809 S Eastman Rd
Longview, TX 75602


Kristina Canady
141 Cottonwood Dr
Coppell, TX 75019


Lane Powell Law Firm
P.O. Box 91302
Seattle, WA 98111


Laura E Appleby
C/O Faegre Drinker Biddle   Reath Llp
1177 Ave of the Americas, 41st Fl
New York, NY 10036


Lindsey Medical Supply
9600 N May Ave
Oklahoma City, OK 73120


Locke Supply
1300 SE 82nd St
Oklahoma City, OK 73149


Lowe s
1000 Lowes Blvd
Mooresville, NC 28117


Medline Industries, LP
Dept 1080
P.O. Box 121080
Dallas, TX 75312-1080


MedNoc Staffing Solutions
2828 NW 57th St, Ste 120
Oklahoma City, OK 73112


Melio
69 Mercer St
New York, NY 10012
```

```
Method HR
5307 E Mockingbird Ln, Ste 575
Dallas, TX 75206


Michaels
8000 Bent Branch Dr
Irving, TX 75063


Office Depot
6600 N Miltary Trl
Boca Raton, FL 33487


Office of the US Trustee
1100 Commerce St, Rm 976
Dallas, TX 75242-1699


OG E
P.O. Box 24990
Oklahoma City, OK 73124


OK Employment Security Commission   OESC
Bankruptcy Documents/Filings
Legal Division
P.O. Box 53039
Oklahoma City, OK 73152-3039


OK Natural Gas
P.O. Box 401
Oklahoma City, OK 73101


OKC Water Utility
P.O. Box 26570
Oklahoma City, OK 73126


Oklahoma County
Attn  Forrest Butch Freeman
Oklahoma County Treasurer
320 Robert S Kerr, Rm 307
Oklahoma City, OK 73102-3430
```

```
Oklahoma County Service Agent
Attn  Carolyn Caudill
Oklahoma County Clerk
320 Robert S Kerr, Rm 108
Oklahoma City, OK 73102-3430


Oklahoma Natural Gas
P.O. Box 219296
Kansas City, MO 64121


Oklahoma State Department of Health
123 Robert S Kerr Ave, Ste 1702
Oklahoma City, OK 73102-6406


Oklahoma Tax Commission
General Counsel s Office
100 N Broadway Ave, Ste 1500
Oklahoma City, OK 73102


On-Site Staffing
2524 N Broadway, Ste 485
Edmond, OK 73034


Panera Bread
3630 S Geyer Rd, Ste 100
St Louis, MO 63127


Party City
100 Tice Blvd
Woodcliff Lake, NJ 07677


Paul Davis Emergency Services of OK
P.O. Box 720816
Norman, OK 73070


PMA Insurance Group
P.O. Box 824870
Philadelphia, PA 19182-4870
```

```
Polsinelli Pc
Attn  Mark Joachim
1401 Eye St Nw, Ste 800
Washington, DC 20005


Polsinelli Pc
Attn  David Gordon
1201 W Peachtree St Nw, Ste 1100
Atlanta, GA 30309


Polsinelli Pc
Attn  Liz Boydston
2950 N Harwood, Ste 2100
Dallas, TX 75201


Pro-Rooter LLC
9501 Timberwind Ln
Yukon, OK 73099


Protective Health Services
Health Resources Development Systems
Oklahoma State Dept of Health
123 Robert S Kerr Ave, Ste 1702
Oklahoma City, OK 73102-6406


RedAway Medical Waste Solutions
990 Security Row, Ste 102
Richardson, TX 75081


Remedi Seniocare of Oklahoma, LLC
Attn  General Counsel
1 Olympic Pl, Ste 600
Towson, MD 21204


Remedi Senior Care of OK
4243 Will Rodgers Pkwy
Oklahoma City, OK 73108


Remedi Senior Care of OK
P.O. Box 206329
Dallas, TX 75320
```

```
Rick Troops Music
1005 SW 12th St
Moore, OK 73160


Ross
5130 Hacienda Dr
Dublin, CA 94568


S AA, Inc
dba Precise Communications
2244 FM 371
Gainesville, TX 76240


Sam s Club
2101 SE Simple Savings Dr
Bentonville, AR 72716


Second Half Events, Inc
P.O. Box 1531
Edmond, OK 73083


Senior Care Referral Services of OK
3000 W Memorial Rd, Ste 123-130
Oklahoma City, OK 73120


Shanna Rackley
C/O Stockton Talbert, Pllc
Attn  Matthew C Shelton
1127 NW 14th St
Oklahoma City, OK 73106


Sherwin Williams
2225 SW 104th St
Oklahoma City, OK 73159


Sign-a-Rama
3209 Broadway, Ste 103
Edmond, OK 73013
```

```
Sonic
300 Johnny Bench Dr
Oklahoma City, OK 73104


Sooner Medical Staffing
900 NW 12th
Oklahoma City, OK 73106


Sooner Medical Staffing
P.O. Box 6341
Norman, OK 73070


Staples
500 Staples Dr
Framingham, MA 01702


State Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711


Summit Fire   Security
P.O. Box 6783
Carol Stream, IL 60197


Swift Lawns
P.O. Box 8171
Edmond, OK 73083


Swift Lawns, LLC
P.O. Box 8172
Edmond, OK 73084


Synergy Home Care
770 E Britton Rd
Oklahoma City, OK 73114


Tech-Lock
1701 N Broadway Ave
Oklahoma City, OK 73103
```

Texas Attorney General s Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-2548

The Digi Group
8400 NW 39th Expy
Bethany, OK 73008

The Nathanson Group
1 Union Sq, 600 University St, Ste 2000
Seattle, WA 98101

Tombell Corp
dba Kirby Restaurant    Chemical Supply
809 S Eastman Rd
Longview, TX 75602

U Printing
8000 Haskell Ave
Van Nuys, CA 91406

UMB Bank, NA
5910 N Central Expy, Ste 1900
Dallas, TX 75206

UPS
55 Glenlake Pkwy NE
Atlanta, GA 30328

US Attorney s Office
for the Northern Dist of Texas
1100 Commerce St, 3rd Fl
Dallas, TX 75242-1699

Vigil Health Solutions
2012-4464 Markham St
Victoria , BC V8Z 7X8
Canada

```
Waste Management Corp Services
P.O. Box 660345
Dallas, TX 75266


Water Heater Man, LLC
1709 S Fretz Ave, Ste 130
Edmond, OK 73013


Weaver and Tidwell, LLP
2821 W 7th St, Ste 700
Ft Worth, TX 76107
```