IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>LEADING LIFE SENIOR LIVING, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-42784-MXM |

## CERTIFICATE OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on December 8, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Debtor's Emergency Motion for an Order (I) Approving the Sale of Substantially All of the Debtor's Assets; (II) Approving Bid Procedures and Protections in Connection With the Sale of Substantially All of the Debtor's Assets; (III) Approving the Form and Manner of Assumption and Assignment of Executory Contracts; and (IV) Granting Related Relief [Docket No. 54]**

- **Debtor's Emergency Motion for Entry of Order Authorizing Assumption of Executory Contracts [Docket No. 56]**

- **Debtor's Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue Prepetition Insurance Program; and (II) Pay Any Prepetition Premiums and Related Obligations [Docket No. 57]**

- **Motion for Setting and Request for Emergency Hearing [Docket No. 58]**

- **Notice of Emergency Hearing on Second Day Motions [Docket No. 60]**

Dated: December 9, 2022

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 9th day of December, 20 22, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| 20 Largest | A Place For Mom | 999 3rd Ave<br>P.O. Box 913241<br>Seattle, WA 98104 | | AR@aplaceformom.com | Email<br>First Class Mail |
| 20 Largest | ABC Home & Commercial Services | 997 Grandys Ln<br>Lewisville, TX 75077 | | dallas@evolveone.com | Email<br>First Class Mail |
| 20 Largest | Ben E Keith Co | 601 E 7th St<br>Ft Worth, TX 76102 | | phboudreaux@benekeith.com | Email<br>First Class Mail |
| 20 Largest | CK Power | P.O. Box 790379<br>St Louis, MO 63179 | | ar@ckpower.com | Email<br>First Class Mail |
| 20 Largest | Complete Computer Services | 3445 Poplar, Ste 10<br>Memphis, TN 38111 | | Sylvia@completecomputersvcs.com | Email<br>First Class Mail |
| 20 Largest | Craft & Communication, LLC | 4017 Tamworth Rd<br>Ft Worth, TX 76116 | | jen@craftandcommunicate.com | Email<br>First Class Mail |
| Counsel to UMB Bank, NA | Faegre Drinker Biddle & Reath LLP | Attn: Kristen L Perry, Roya Imani<br>1177 Ave of the Americas, 41st Fl<br>New York, NY 10036 | | kristen.perry@faegredrinker.com<br>roya.imani@faegredrinker.com | Email<br>First Class Mail |
| *NOA - Counsel for UMB Bank National Association, as Indenture Trustee | Faegre Drinker Biddle & Reath LLP | Attn: Laura E Appleby<br>1177 6th Ave, 41st Fl<br>New York, NY 10036 | 212-248- 3141 | laura.appleby@faegredrinker.com | Email |
| *NOA - Counsel for UMB Bank National Association, as Indenture Trustee | Faegre Drinker Biddle & Reath LLP | Attn: Kristen L Perry<br>Attn: Vincent P Slusher<br>1717 Main St, Ste 5400<br>Dallas, TX 75201 | 469-327-0860 | vince.slusher@faegredrinker.com;<br>kristen.perry@faegredrinker.com | Email |
| *Debtor's counsel | Ferguson Braswell Fraser Kubasta PC | Attn: Rachael L Smiley, Alex Campbell<br>Attn: Kevin Barnett<br>2500 Dallas Pkwy, Ste 600<br>Plano, TX 75093 | 972-378-9115 | rsmiley@fbfk.law<br>acampbell@fbfk.law<br>kbarnett@fbfk.law | Email |
| 20 Largest | HealthCare Interactive, Inc | 8800 W Hwy 7, Ste 331<br>Minneapolis, MN 55426 | | ljoly@hcinteractive.com | Email<br>First Class Mail |
| 20 Largest | Imagine Senior Living LLC | Attn: James Denny<br>P.O. Box 2184<br>Frisco, TX 75034 | | james@imagineseniorlivingllc.com | Email<br>First Class Mail |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | First Class Mail |
| 20 Largest | James Denny | P.O. Box 2184<br>Frisco, TX 75036 | | james@imagineseniorlivingllc.com | Email<br>First Class Mail |
| 20 Largest | Jasmine Estates OK Management | 1904 College Pkwy<br>Flower Mound, TX 75028 | | james@imagineseniorlivingllc.com | Email<br>First Class Mail |
| 20 Largest | Kirby Restaurant & Chemical Supply | 809 S Eastman Rd<br>Longview, TX 75602 | | margarets@kirbysupply.com | Email<br>First Class Mail |
| 20 Largest | Lane Powell Law Firm | P.O. Box 91302<br>Seattle, WA 98111 | | josh@mcfarlin-group.com | Email<br>First Class Mail |
| Bond Trustee | Laura E Appleby | c/o Faegre Drinker Biddle & Reath LLP<br>1177 Ave of the Americas, 41st Fl<br>New York, NY 10036 | | laura.appleby@faegredrinker.com | Email<br>First Class Mail |
| 20 Largest | Medline Industries, LP | Dept 1080<br>P.O. Box 121080<br>Dallas, TX 75312-1080 | | | First Class Mail |
| 20 Largest | MedNoc Staffing Solutions | 2828 NW 57th St, Ste 120<br>Oklahoma City, OK 73112 | | MedNocStaffingSolutions@gmail.com | Email<br>First Class Mail |
| 20 Largest | Nixon Peabody LLC | 70 W Madison St, Ste 3500<br>Chicago, IL 60602 | | | First Class Mail |
| Trustee | Office of the US Trustee | 1100 Commerce St, Rm 976<br>Dallas, TX 75242-1699 | 214-767-8971 | Erin.Schmidt2@usdoj.gov<br>Elizabeth.A.Young@usdoj.gov | Email<br>First Class Mail |
| Governmental Authorities | Oklahoma County | Attn: Forrest Butch Freeman, Oklahoma County Treasurer<br>320 Robert S Kerr, Rm 307<br>Oklahoma City, OK 73102-3430 | 405-713-7158 | | First Class Mail |
| Governmental Authorities | Oklahoma County Service Agent | Attn: Carolyn Caudill, Oklahoma County Clerk<br>320 Robert S Kerr, Rm 108<br>Oklahoma City, OK 73102-3430 | 405-713-1810 | | First Class Mail |
| Governmental Authorities | Oklahoma Employment Security Commission (OESC) | Bankruptcy Documents/Filings<br>Legal Division<br>P.O. Box 53039<br>Oklahoma City, OK 73152-3039 | 405-557-5320 | | First Class Mail |
| Governmental Authorities | Oklahoma Tax Commission | General Counsel's Office<br>100 N Broadway Ave, Ste 1500<br>Oklahoma City, OK 73102 | 405-602-0165 | | First Class Mail |
| 20 Largest | On-Site Staffing | 2524 N Broadway, Ste 485<br>Edmond, OK 73034 | | cbattle@on-sitehealthcarellc.com | Email<br>First Class Mail |
| DIP Lender counsel | Polsinelli PC | Attn: David Gordon<br>1201 W Peachtree St NW, Ste 1100<br>Atlanta, GA 30309 | | dgordon@polsinelli.com | Email<br>First Class Mail |
| DIP Lender counsel | Polsinelli PC | Attn: Liz Boydston, Meredyth Kippes<br>2950 N Harwood, Ste 2100<br>Dallas, TX 75201 | | LBoydston@Polsinelli.com<br>mkippes@polsinelli.com | Email<br>First Class Mail |
| DIP Lender counsel | Polsinelli PC | Attn: Mark Joachim<br>1401 I St NW, Ste 800<br>Washington, DC 20005 | | mjoachim@polsinelli.com | Email<br>First Class Mail |
| *NOA - Counsel for proposed DIP Lender Berkeley Alternative Income Fund I, LLC, Berkeley Capital Partners, LLC, and the proposed DIP Agent | Polsinelli PC | Attn: David Gordon<br>1201 W Peachtree St NW, Ste 1100<br>Atlanta, GA 30309 | 404-745-8403 | dgordon@polsinelli.com | Email |
| *NOA - Counsel for proposed DIP Lender Berkeley Alternative Income Fund I, LLC, Berkeley Capital Partners, LLC, and the proposed DIP Agent | Polsinelli PC | Attn: Liz Boydston<br>Attn: Meredyth Kippes<br>2950 N Harwood St, Ste 2100<br>Dallas, TX 75201 | 214-397-0033 | lboydston@polsinelli.com<br>mkippes@polsinelli.com | Email |
| *NOA - Counsel for proposed DIP Lender Berkeley Alternative Income Fund I, LLC, Berkeley Capital Partners, LLC, and the proposed DIP Agent | Polsinelli PC | Attn: Mark Joachim<br>1401 I St NW, Ste 800<br>Washington, DC 20005 | 202) 315-2652 | mjoachim@polsinelli.com | Email |
| 20 Largest | Sooner Medical Staffing | P.O. Box 6341<br>Norman, OK 73070 | | lsmith@turnkeyhealthclinics.com | Email<br>First Class Mail |
| Governmental Authorities | State Comptroller of Public Accounts | Revenue Accounting Division<br>Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX 78711 | | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| 20 Largest | Synergy Home Care | 770 E Britton Rd<br>Oklahoma City, OK 73114 | | weamakassem@synergyhomecare.com;<br>omarchavarria@synergyhomecare.com | Email<br>First Class Mail |
| Attorney General | Texas Attorney General's Office | Bankruptcy-Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | layla.milligan@oag.texas.gov | Email<br>First Class Mail |
| US Attorney | US Attorney's Office | for the Northern Dist of Texas<br>1100 Commerce St, 3rd Fl<br>Dallas, TX 75242-1699 | | | First Class Mail |
| 20 Largest | Water Heater Man, LLC | 1709 S Fretz Ave, Ste 130<br>Edmond, OK 73013 | | whmokc@yahoo.com | Email<br>First Class Mail |
| 20 Largest | Weaver and Tidwell, LLP | 2821 W 7th St, Ste 700<br>Ft Worth, TX 76107 | | accountsreceivable@weaver.com | Email<br>First Class Mail |

# **EXHIBIT B**

**Exhibit B**
Service List

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| A Place For Mom | P.O. Box 913241 | Denver, CO 80291 | | | AR@aplaceformom.com | Email |
| ABC Home & Commercial Services | 997 Grandys Ln | Lewisville, TX 75077 | | | dallas@evolveone.com | First Class Mail / Email |
| ABC Home & Commercial Services | 997 Grandy's Ln | Lewisville, TX 75077 | | | | First Class Mail |
| Able Medical | 512 4th St | Gwinn, MI 49841 | | | | First Class Mail |
| ActivityConnection.com LLC | 818 SW 3rd Ave, Ste 222 | Portland, OR 97204 | | | | First Class Mail |
| Airco Service Inc | P.O. Box 5710 | Edmond, OK 73083 | | | | First Class Mail |
| Allen Flores Consulting Group | 1560 W Beebe Capps, Ste C-259 | Searcy, AR 72143 | | | hmcghee@allenflores.com | Email / First Class Mail |
| Allen Flores Consulting Group | 1560 W Beebe Capps, Ste C-259 | Searcy, AR 72143 | | | | First Class Mail |
| Amazon | 410 Terry Ave N | Seattle, WA 98109 | | | | First Class Mail |
| American National Bank of Texas | 2703 Oak Lawn Ave, Ste 201 | Dallas, TX 75219 | | | clintmorgan@anbtx.com | Email / First Class Mail |
| American National Bank of Texas | P.O. Box 40 | Terrell, TX 75160 | | | | First Class Mail |
| Aqua Ventures LLC | 10529 NW 19th | Oklahoma City, OK 73127 | | | | First Class Mail |
| Aqualife Aquarium Systems, Inc | 6551 E Waterloo Rd | Edmond, OK 73034 | | | Aqualife7885@yahoo.com | Email / First Class Mail |
| Armour & Shield Pest Control | 5775 N Coltrane Rd | Oklahoma City, OK 73121 | | | | First Class Mail |
| Arrow Senior Living Advisors | 7100 N Classen Blvd, Ste 106 | Oklahoma City, OK 73116 | | | accounting@arrowsenioradvisors.com | Email / First Class Mail |
| Ashley Herrera Boutique Photography | 281161 E 1620 Rd | Marlow, OK 73055 | | | ashleyherreraphotography@gmail.com | Email / First Class Mail |
| Ashley Herrera Photography | 281161 E 1620 Rd | Marlow, OK 73055 | | | ashleyherreraphotography@gmail.com | Email / First Class Mail |
| Batteries + Bulbs | 1325 Walnut Ridge Dr | Hartland, WI 53029 | | | | First Class Mail |
| Ben E Keith Co | 601 E 7th St | Ft Worth, TX 76102 | | | phboudreaux@benekeith.com | Email / First Class Mail |
| Brooks Grease Service, Inc | 3104 N Erie Ave | Tulsa, OK 74115 | | | sbrewer@ckpower.com | Email / First Class Mail |
| Caring, LLC | P.O. Box 7689 | San Francisco, CA 94120-7689 | | | subscriptions@caring.com | Email / First Class Mail |
| Chuck Whetstone, Musician | 13176 Eastridge Dr | Oklahoma City, OK 73170 | | | chuckwhetstone@gmail.com | Email / First Class Mail |
| Church Mutual | P.O. Box 2912 | Milwaukee, WI 53201-2912 | | | julia@mcfarlin-group.com | Email / First Class Mail |
| Church Mutual Insurance Company, SI | 3000 Schuster Ln | Merrill, WI 54452 | | | | First Class Mail |
| City of Edmond | P.O. Box 2970 | Edmond, OK 73083 | | | | First Class Mail |
| City of Edmond Utility | 7 N Broadway | Edmond, OK 73034 | | | | First Class Mail |
| Col-Tech Appliance Repair Services | 2001 S MacArthur Blvd, Apt 77 | Oklahoma City, OK 73128 | | | col_tech@yahoo.com | Email / First Class Mail |
| Compass Senior Living Solutions | 4737 NW 133rd St | Oklahoma City, OK 73142 | | | bill@seniorlivingsolutionsok.com | Email / First Class Mail |
| Complete Computer Services | 3445 Poplar, Ste 10 | Memphis, TN 38111 | | | Sylvia@completecomputersvcs.com | Email / First Class Mail |
| Concentra Occ Health SW PA | P.O. Box 75410 | Oklahoma City, OK 73147 | | | Joann_Lambert@concentra.com | Email / First Class Mail |
| Convergint Technologies LLC | 35257 Eagle Way | Chicago, IL 60678 | | | achremit@convergint.com; marie.turner@convergint.com | Email / First Class Mail |
| Cox Business | P.O. Box 650963 | Dallas, TX 75265 | | | | First Class Mail |
| Cox Communications Inc | Attn: Assistant General Counsel | 6205-B Peachtree Dunwoody Rd | Atlanta, GA 30328 | | | First Class Mail |
| Cox Oklahoma Telcom, LLC | dba Cox Business | 11811 E 51st St | Tulsa, OK 74146 | | | First Class Mail |
| Craft & Communicate, LLC | 6479 Camp Bowie Blvd | Ft Worth, TX 67116 | | | | First Class Mail |
| Craft & Communication, LLC | 4017 Tamworth Rd | Ft Worth, TX 76116 | | | jen@craftandcommunicate.com | Email / First Class Mail |
| Curtis Hays | 3241 N Portland | Oklahoma City, OK 73112 | | | | First Class Mail |
| David A Smith Cpa LLC | 1904 College Pkwy | Flower Mound, TX 75028 | | | david@coretaxnow.com | Email / First Class Mail |
| David Smith CPA LLC | 1904 College Pkwy | Flower Mound, TX 75028 | | | david@coretaxnow.com | Email / First Class Mail |
| Direct Supply | P.O. Box 88201 | Milwaukee, WI 53288 | | | Dane.Schommer@directsupply.com | Email / First Class Mail |
| Direct Supply | 7301 W Champions Way | Milwaukee, WI 53223 | | | dschommer@directsupply.com | Email / First Class Mail |
| DirecTV | 2230 E Imperial Hwy | El Segundo, CA 90245 | | | | First Class Mail |
| DirecTV, LLC | c/o Bankruptcy | 4331 Communications Dr, 4W Fl | Dallas, TX 75211 | | | First Class Mail |
| Facilitec Southwest | P.O. Box 161699 | Ft Worth, TX 76161 | | | | First Class Mail |
| Gary Parks | 10905 Meadowlake Farms Dr | Oklahoma City, OK 73170 | | | | First Class Mail |
| Gathan Graham Music, Inc | 924 SW 139th St | Oklahoma City, OK 73170 | | | gathan@att.net | Email / First Class Mail |
| George Escamilla | 3114 Zion Rd | Garland, TX 75043 | | | escamilla6974@gmail.com | Email / First Class Mail |
| Health Resource & Service Administration | c/o UnitedHealth Group | P.O. Box 31376 | Salt Lake City, UT 84131-0376 | | PRFbankruptcy@hrsa.gov | Email / First Class Mail |
| Heart Legacy LLC | 9037 Independence Ave, Ste C | Daphne, AL 36526 | | | Billing@heartlegacy.com | Email / First Class Mail |
| HIS Paint MFG CO LLC | 8808 S Western | Oklahoma City, OK 73139 | | | | First Class Mail |
| Hi-Tech Plumbing & Leak Detect | 3712 E 2nd St | Edmond, OK 73034 | | | | First Class Mail |
| Home Depot | 2455 Paces Ferry Rd SE | Atlanta, GA 30339 | | | | First Class Mail |
| Home Depot Pro | P.O. Box 844727 | Dallas, TX 75284 | | | | First Class Mail |
| Imagine Senior Living LLC | Attn: James Denny | P.O. Box 2184 | Frisco, TX 75034 | | james@imagineseniorlivingllc.com | Email / First Class Mail |
| Innovative Comfort Solutions | 6524 SE 152nd St | Oklahoma City, OK 73165 | | | | First Class Mail |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St | Mail Stop 5-Q30.133 | Philadelphia, PA 19104-5016 | | First Class Mail |
| J&M Family Management, LLC | c/o Registered Agents Inc | 9905 S Pennsylvania Ave, Ste A | Oklahoma City, OK 73159 | | | First Class Mail |
| Jana Coon | c/o Hammons, Gowens, Hurst & Associates | Attn: Mark E Hammons | 325 Dean A McGee Ave | Oklahoma City, OK 73102 | | First Class Mail |
| J-Mar Flooring & Carpets Cleaning | 5101 SW 36th St | Oklahoma City, OK 73179 | | | RC@jmarcarpet.com | Email / First Class Mail |
| JPT Graphics | 212 W Irving Blvd | Irving, TX 75060 | | | accounting@jptgraphics.com | Email / First Class Mail |
| Keith & Associates, Inc | Attn: General Counsel | 115 W 3rd St, Ste 800 | Tulsa, OK 74103 | | office@consultingdietitians.com | Email / First Class Mail |
| Kirby Restaurant & Chemical Supply | 809 S Eastman Rd | Longview, TX 75602 | | | margarets@kirbysupply.com | Email / First Class Mail |
| Kirby Restaurant & Chemical Supply | 809 S Eastman Rd | Longview, TX 75602 | | | | First Class Mail |
| Kristina Canady | 141 Cottonwood Dr | Coppell, TX 75019 | | | | First Class Mail |
| Lane Powell Law Firm | P.O. Box 91302 | Seattle, WA 98111 | | | josh@mcfarlin-group.com | Email / First Class Mail |
| Lindsey Medical Supply | 9600 N May Ave | Oklahoma City, OK 73120 | | | | First Class Mail |
| Locke Supply | 1300 SE 82nd St | Oklahoma City, OK 73149 | | | | First Class Mail |
| Lowe's | 1000 Lowes Blvd | Mooresville, NC 28117 | | | | First Class Mail |
| MedNoc Staffing Solutions | 2828 NW 57th St, Ste 120 | Oklahoma City, OK 73112 | | | MedNocStaffingSolutions@gmail.com | Email / First Class Mail |
| MedNoc Staffing Solutions | 2828 NW 57th St, Ste 120 | Oklahoma City, OK 73112 | | | | First Class Mail |
| Melio | 69 Mercer St | New York, NY 10012 | | | devservices@meliopayments.com | Email / First Class Mail |
| Meredyth Kippes | | | | | mkippes@polsinelli.com | Email |
| Method HR | 5307 E Mockingbird Ln, Ste 575 | Dallas, TX 75206 | | | | First Class Mail |
| Michaels | 8000 Bent Branch Dr | Irving, TX 75063 | | | | First Class Mail |
| National Casualty Company | c/o Nationwide Management Liability & Specialty | Attn: Claims Manager | 7 World Trade Ctr, 250 Greenwich St, 37th Fl | New York, NY 10007 | mlsreportaloss@nationwide.com | Email / First Class Mail |
| Office Depot | 6600 N Miltary Trl | Boca Raton, FL 33487 | | | | First Class Mail |
| OG&E | P.O. Box 24990 | Oklahoma City, OK 73124 | | | | First Class Mail |
| OK Natural Gas | P.O. Box 401 | Oklahoma City, OK 73101 | | | | First Class Mail |
| OKC Water Utility | P.O. Box 26570 | Oklahoma City, OK 73126 | | | | First Class Mail |
| Oklahoma Country Treasurer | Annex Bldg | 320 Robert S Kerr Ave, Ste 307 | Oklahoma City, OK 73102 | | | First Class Mail |
| Oklahoma Natural Gas Co | P.O. Box 219296 | Kansas City, MO 64121 | | | | First Class Mail |
| Oklahoma State Dept of Health | 123 Robert S Kerr Ave, Ste 1702 | Oklahoma City, OK 73102-6406 | | | | First Class Mail |
| Panera Bread | 3630 S Geyer Rd, Ste 100 | St Louis, MO 63127 | | | | First Class Mail |
| Party City | 100 Tice Blvd | Woodcliff Lake, NJ 07677 | | | | First Class Mail |
| Paul Davis Emergency Services of OK | P.O. Box 720816 | Norman, OK 73070 | | | brent.orr@pauldavis.com | Email / First Class Mail |
| PMA Insurance Group | P.O. Box 824870 | Philadelphia, PA 19182-4870 | | | | First Class Mail |
| Pro-Rooter LLC | 9501 Timberwind Ln | Yukon, OK 73099 | | | prorooterokc@gmail.com | Email / First Class Mail |
| Protective Health Services | Health Resources Development Systems | Oklahoma State Dept of Health | 123 Robert S Kerr Ave, Ste 1702 | Oklahoma City, OK 73102-6406 | hfs@health.ok.gov; hrds@health.ok.gov | Email / First Class Mail |
| RedAway Medical Waste Solutions | 990 Security Row, Ste 102 | Richardson, TX 75081 | | | accountsreceivable@redaway.com | Email / First Class Mail |
| Remedi Seniocare of Oklahoma, LLC | Attn: General Counsel | 1 Olympic Pl, Ste 600 | Towson, MD 21204 | | | First Class Mail |
| Remedi Senior Care of OK | P.O. Box 206329 | Dallas, TX 75320 | | | Gara.Wilsie@remedirx.com | Email / First Class Mail |
| Remedi Senior Care of OK | 4243 Will Rodgers Pkwy | Oklahoma City, OK 73108 | | | | First Class Mail |
| Rick Troops Music | 1005 SW 12th St | Moore, OK 73160 | | | rick2pS5@gmail.com | Email / First Class Mail |

**Exhibit B**
Service List

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Ross | 5130 Hacienda Dr | Dublin, CA 94568 | | | | First Class Mail |
| S&AA, Inc | dba Precise Communications | 2244 FM 371 | Gainesville, TX 76240 | | srains@precisecommunications.biz | Email |
| | | | | | | First Class Mail |
| Sam's Club | 2101 SE Simple Savings Dr | Bentonville, AR 72716 | | | | First Class Mail |
| Second Half Events, Inc | P.O. Box 1531 | Edmond, OK 73083 | | | trace@trulata.com | Email |
| | | | | | | First Class Mail |
| Senior Care Referral Services of Oklahoma | 3000 W Memorial Rd, Ste 123-130 | Oklahoma City, OK 73120 | | | rick@scrs-ok.com | Email |
| | | | | | | First Class Mail |
| Shanna Rackley | c/o Stockton Talbert, PLLC | Attn: Matthew C Shelton | 1127 NW 14th St | Oklahoma City, OK 73106 | | First Class Mail |
| Sherwin Williams | 2225 SW 104th St | Oklahoma City, OK 73159 | | | | First Class Mail |
| Sign-A-Rama | 3209 S Broadway, Ste 103 | Edmond, OK 73013 | | | sam@signarama-edmondok.com | Email |
| | | | | | | First Class Mail |
| Sonic | 300 Johnny Bench Dr | Oklahoma City, OK 73104 | | | | First Class Mail |
| Sooner Medical Staffing | 900 NW 12th | Oklahoma City, OK 73106 | | | lsmith@turnkeyhealthclinics.com | Email |
| | | | | | | First Class Mail |
| Sooner Medical Staffing | P.O. Box 6341 | Norman, OK 73070 | | | lsmith@turnkeyhealthclinics.com | Email |
| | | | | | | First Class Mail |
| Staples | 500 Staples Dr | Framingham, MA 01702 | | | | First Class Mail |
| Summit Fire & Security | P.O. Box 6783 | Carol Stream, IL 60197-6783 | | | ar-sfs@summitfiresecurity.com | Email |
| | | | | | | First Class Mail |
| Swift Lawns | P.O. Box 8171 | Edmond, OK 73083 | | | swiftlawnsllc@yahoo.com | Email |
| | | | | | | First Class Mail |
| Swift Lawns, LLC | P.O. Box 8172 | Edmond, OK 73084 | | | | First Class Mail |
| Synergy Home Care | 770 E Britton Rd | Oklahoma City, OK 73114 | | | weamakassem@synergyhomecare.com; omarchavarria@synergyhomecare.com | Email |
| | | | | | | First Class Mail |
| Synergy HomeCare | 770 E Britton Rd | Oklahoma City, OK 73114 | | | | First Class Mail |
| Tech-Lock | 1701 N Broadway Ave | Oklahoma City, OK 73103 | | | | First Class Mail |
| The City of Oklahoma City | Utilities Dept | 420 W Main St, Ste 501 | Oklahoma City, OK 73102 | | | First Class Mail |
| The Digi Group | 8400 NW 39th Expy | Bethany, OK 73008 | | | | First Class Mail |
| The Nathanson Group | 1 Union Sq, 600 University St, Ste 2000 | Seattle, WA 98101 | | | | First Class Mail |
| Tombell Corp | dba Kirby Restaurant & Chemical Supply | 809 S Eastman Rd | Longview, TX 75602 | | | First Class Mail |
| U Printing | 8000 Haskell Ave | Van Nuys, CA 91406 | | | | First Class Mail |
| UMB Bank, NA | 5910 N Central Expy, Ste 1900 | Dallas, TX 75206 | | | | First Class Mail |
| UPS | 55 Glenlake Pkwy NE | Atlanta, GA 30328 | | | | First Class Mail |
| Verizon Communications, Inc | 500 Technology Dr, Ste 550 | Weldon Spring, MO 63304 | | | | First Class Mail |
| Vigil Health Solutions | 2012-4464 Markham St | Victoria , BC V8Z 7X8 | Canada | | | First Class Mail |
| Waste Management Corp Services | P.O. Box 660345 | Dallas, TX 75266 | | | | First Class Mail |
| Waste Management of Oklahoma, Inc | P.O. Box 433350 | Phoenix, AZ 85080 | | | | First Class Mail |

Leading Life Senior Living, Inc.(Case No. 22-42784)