Rachael L. Smiley (State Bar. No. 24066158)
Alex Campbell (State Bar No. 24095536)
Kevin Barnett (State Bar No. 24103834)
**FERGUSON BRASWELL FRASER KUBASTA PC**
2500 Dallas Parkway, Suite 600
Plano, TX 75093
Phone: 972-378-9111
Fax:    972-378-9115
rsmiley@fbfk.law
acampbell@fbfk.law
kbarnett@fbfk.law

**COUNSEL FOR DEBTOR IN POSSESSION**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re** § § | | **Chapter 11** |
| **LEADING LIFE SENIOR LIVING, INC.,** § § § | | **Case No. 22- 42784-MXM** |
| **Debtor.** § § | | |

### AMENDED WITNESS & EXHIBIT LIST

Leading Life Senior Living, Inc. ("**Debtor**"), hereby files this *Amended Witness and Exhibit List* for the hearing scheduled for **February 7, 2023 at 9:30 a.m.** prevailing central time (or as such hearing may be continued or rescheduled) on the sale of substantially all of the Debtor's assets:

### DEBTOR'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| A | *Order Granting Debtor's Emergency Motion for an Order (I) Approving the Sale of Substantially All of the Debtor's Assets; (II) Approving the Bid Procedures and Protections in Connection with the Sale of Substantially All of the Debtor's Assets; (III) Approving the Form and Manner of* | | | |

| | | | | |
|---|---|---|---|---|
| | *Assumption and Assignment of Executory Contracts; and (IV) Granting Related Relief* [Docket No. 85] | | | |
| B | Notice of Bid Procedures, Auction and Sale Hearing [Docket No. 91] | | | |
| C | Declaration of Joseph V. Pegnia, Debtor's Chief Restructuring Officer, in Support of the Sale of Substantially All of the Debtor's Assets [Docket No. 133] | | | |
| D | Notice of Assumption & Assignment of Executory Contracts [Docket No. 131] | | | |
| E | Asset Purchase Agreement with Successful Bidder Jasmine Estates Holdings, LLC | | | |
| F | Asset Purchase Agreement with Backup Bidder McFarlin Group, LLC | | | |

The Debtor reserves the right to offer any exhibits designated by any other party and to offer exhibits necessary and appropriate as rebuttal evidence. The Debtor requests that the Court take judicial notice of pleadings and other documents filed with the Court.

## DEBTOR'S WITNESS LIST

1. Joseph V. Pegnia
2. Anyone designated by any other party;
3. Any witness necessary to authenticate a document; and
4. Rebuttal and impeachment witnesses, as necessary.

The Debtor reserves the right to supplement this Witness and Exhibit List, as necessary.

Respectfully submitted:
February 7, 2023

        **FERGUSON BRASWELL**
        **FRASER KUBASTA PC**

        By: /s/ *Rachael L. Smiley*
        Rachael L. Smiley (State Bar. No.24066158)

Alex Campbell (State Bar No. 24095536)
Kevin Barnett (State Bar No. 24103834)
2500 Dallas Parkway, Suite 600
Plano, TX 75093
Phone: 972-378-9111
Fax:    972-378-9115
rsmiley@fbfk.law
acampbell@fbfk.law
kbarnett@fbfk.law

**COUNSEL FOR
DEBTOR IN POSSESSION**