BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Leading Life Senior Living, Inc. and Jasmine Estates Holdings, LLC | MOTION TO SELL (54) | Case # 22−42784−mxm11 |
| **DEBTOR** | **TYPE OF HEARING** | |
| Leading Life Senior Living, Inc. | *VS* | |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| Rachael Smiley | | |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

Debtor's Exhibits A–F ADMITTED (ECF 135)

| | | |
|---|---|---|
| Jeanette Almaraz | 02/07/2023 | Mark X. Mullin |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |