Rachael L. Smiley (State Bar. No. 24066158)
Alex Campbell (State Bar No. 24095536)
**FERGUSON BRASWELL FRASER KUBASTA PC**
2500 Dallas Parkway, Suite 600
Plano, TX 75093
Phone: 972-378-9111
Fax:    972-378-9115
rsmiley@fbfk.law
acampbell@fbfk.law

**COUNSEL FOR DEBTOR IN POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| **LEADING LIFE SENIOR LIVING, INC.,** | § § § § § | Case No. 22- 42784-MXM |
| Debtor. | § § | |

**AMENDED WITNESS & EXHIBIT LIST**

Leading Life Senior Living, Inc. ("**Debtor**"), hereby files this *Amended Witness and Exhibit List* for the combined hearing scheduled for **June 28, 2023 at 1:30 p.m.** prevailing central time (or as such hearing may be continued or rescheduled) on the confirmation of the *Debtor's Plan of Liquidation of Leading Life Senior Living, Inc. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 153] (the "**Plan**") and the approval of the *Disclosure Statement for the Debtor's Plan of Liquidation of Leading Life Senior Living Inc. Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 154]* (the "**Disclosure Statement**"):

**DEBTOR'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| A | *Debtor's Plan of Liquidation of Leading Life Senior Living, Inc. Pursuant to Chapter* | | | |

| | | | | |
|---|---|---|---|---|
| | *11 of the Bankruptcy Code* [Docket No. 153] | | | |
| B | *Disclosure Statement for the Debtor's Plan of Liquidation of Leading Life Senior Living, Inc. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 154] | | | |
| C | Exhibit B to Disclosure Statement (Liquidation Analysis) [Docket No. 154-2] | | | |
| D | *Declaration of Joseph V. Pegnia, Debtor's Chief Restructuring Officer, in Support of Confirmation of the Debtor's Plan of Liquidation of Leading Life Senior Living, Inc. Pursuant to Chapter 11 of the Bankruptcy Code and Approval of the Disclosure Statement for the Debtor's Plan of Liquidation of Leading Life Senior Living, Inc. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 171] | | | |
| E | *Certificate of Service* regarding the Plan, Disclosure Statement and Solicitation Materials [Docket No. 166] | | | |
| F | *Notice of Filing of Plan Supplement Related to the Debtor's Plan of Liquidation of Leading Life Senior Living, Inc. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 167] | | | |
| G | *Certificate of Service* for the Plan Supplement [Docket No. 168] | | | |
| H | *Certification of Tabulation of Ballots with Respect to Voting on the Debtor's Plan of Liquidation of Leading Life Senior Living, Inc. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 170] | | | |
| I | *Proposed Findings of Fact and Conclusions of Law and Order Confirming the Debtor's Plan of Liquidation of Leading Life Senior Living, Inc. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 172] | | | |

| | | | | |
|---|---|---|---|---|
| J | *Debtor's Expedited Motion for Entry of an Order: (I) Conditionally Approving the Adequacy of the Disclosure Statement; (II) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B)Confirmation of Plan; (III) Approving Form and Manner of Notice of Combined Hearing, Solicitation Procedures, Ballots, and Related Deadlines; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; and (V) Granting Related Relief* [ Docket No. 155] | | | |
| K | *Order: (I) Conditionally Approving the Adequacy of the Disclosure Statement; (II) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Plan; (III) Approving Form and Manner of Notice of Combined Hearing, Solicitation Procedures, Ballots, and Related Deadlines; (IV) Fixing Deadline to Object to Disclosure Statement and Plan; and (V) Granting Related Relief* [Docket No. 164] | | | |
| L | *Notice of: (I) Combined Hearing on (A) Approval of the Disclosure Statement and (B) Confirmation of the Debtor's Plan of Liquidation of Leading Life Senior Living, Inc. Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Related Solicitation Procedures and Deadlines* | | | |

The Debtor reserves the right to offer any exhibits designated by any other party and to offer exhibits necessary and appropriate as rebuttal evidence. The Debtor requests that the Court take judicial notice of pleadings and other documents filed with the Court.

## DEBTOR'S WITNESS LIST

1. Joseph V. Pegnia

AMENDED WITNESS & EXHIBIT LIST    3

2. Anyone designated by any other party;
3. Any witness necessary to authenticate a document; and
4. Rebuttal and impeachment witnesses, as necessary.

The Debtor reserves the right to supplement this Witness and Exhibit List, as necessary.

Respectfully submitted:
June 27, 2023

**FERGUSON BRASWELL
FRASER KUBASTA PC**

By: /s/ *Rachael L. Smiley*
Rachael L. Smiley (State Bar. No.24066158)
Alex Campbell (State Bar No. 24095536)
2500 Dallas Parkway, Suite 600
Plano, TX 75093
Phone: 972-378-9111
Fax:    972-378-9115
rsmiley@fbfk.law
acampbell@fbfk.law


**COUNSEL FOR
DEBTOR IN POSSESSION**


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served the 27th day of June, 2023, via Court ECF notification upon all parties to this matter entitled to receive such notification.

*/s/ Rachael L. Smiley*
Rachael L. Smiley