

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 22, 2024**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re | § § | Chapter 11 |
| **LEADING LIFE SENIOR LIVING, INC.,** | § § § | Case No. 22-42784-MXM |
| Debtor. | § § § § | |

### FINAL DECREE CLOSING THE CHAPTER 11 CASE
### OF LEADING LIFE SENIOR LIVING, INC.

Upon the motion (the "**Application**")[1] of Leading Life Senior Living, Inc. ("**Debtor**") for entry of an order (this "**Final Decree**") closing the Debtor's Case pursuant to section 350(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 3022-1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the Northern District of Texas,

---

[1] Capitalized terms not otherwise defined herein shall be given the meaning assigned to them in the Application.

the Court finds that it has jurisdiction to consider the Application and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Application are in the best interests of the Debtor, the Debtor's estate, the Debtor's creditors, and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Application establish just and sufficient cause to grant the requested relief herein; and the Court having determined that the Debtor has provided due and proper notice of the Application and opportunity for objection, and that no further notice is necessary; it is therefore:

**ORDERED** that the relief requested in the Application is hereby granted as set forth herein; and it is further

**ORDERED** that pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the Case is hereby closed; and it is further

**ORDERED** that a docket entry shall be made in the Case reflecting entry of this Order; and it is further

**ORDERED** that entry of the Final Decree is without prejudice to the rights of the Debtor or any other party in interest to seek to reopen the Case for good cause shown pursuant to section 350(b) of the Bankruptcy Code; and it is further

**ORDERED** that entry of the Order is without prejudice to the Debtor's right to seek entry of an order modifying or supplementing the relief granted herein; and it is further

**ORDERED** that the Court shall retain jurisdiction over the Case to the extent permitted under the Plan; and it is further

**ORDERED** that the Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to the Final Decree in accordance with the Application, including the payment of the Plan Expenses; and it is further

**ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Final Decree.

### # # # End of Order # # #